IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT PLADA, | § | |
| | § | |
| *Plaintiff,* | § | SA-21-CV-00685-OLG |
| | § | |
| vs. | § | |
| | § | |
| RASHIN MAZAHERI, ATTORNEY, | § | |
| INDIVIDUAL CAPACITY AND | § | |
| OFFICIAL CAPACITY; DAVID A. | § | |
| CANALES, JUDGE, INDIVIDUAL | § | |
| CAPACITY AND OFFICIAL | § | |
| CAPACITY; SOL CASSEB, JUDGE, | § | |
| INDIVIDUAL CAPACITY AND | | |
| OFFICIAL CAPACITY; JOHN | | |
| GABRIEL, JUDGE, INDIVIDUAL | | |
| CAPACITY AND OFFICIAL | | |
| CAPACITY; PETER SAKAI, JUDGE, | | |
| INDIVIDUAL CAPACITY AND | | |
| OFFICIAL CAPACITY; KASSANDRA | | |
| LEVAY, CHILD THERAPIST, | | |
| INDIVIDUAL CAPACITY AND | | |
| OFFICIAL CAPACITY; LETA SCHMID, | | |
| CHILD PLAY THERAPIST, | | |
| INDIVIDUAL CAPACITY AND | | |
| OFFICIAL CAPACITY; LISA VANCE, | | |
| ATTORNEY, INDIVIDUAL CAPACITY | | |
| AND OFFICIAL CAPACITY; MIGUEL | | |
| ORTIZ, ATTORNEY, INDIVIDUAL | | |
| CAPACITY AND OFFICIAL | | |
| CAPACITY; MONIQUE DIAZ, JUDGE, | | |
| INDIVIDUAL CAPACITY AND | | |
| OFFICIAL CAPACITY; AND LAURA | | |
| SALINAS, JUDGE, INDIVIDUAL | | |
| CAPACITY AND OFFICIAL | | |
| CAPACITY; | | |

*Defendants.*

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued a Report and Recommendation recommending that

the Court dismiss this case as frivolous under 28 U.S.C. § 1915(e).  Accordingly, all matters

referred to the Magistrate Judge have been considered and acted upon.

1

**IT  IS  THEREFORE  ORDERED**  that  the  above-entitled  and  numbered  case  is

**RETURNED** to the District Court for all purposes.

SIGNED this 27th day of July, 2021.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE